JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALGER,<br><br>    Plaintiff,<br><br>vs.<br><br>LODGING DYNAMICS HOSPITALITY GROUP, LLC, a Utah Limited Liability Company; TRCF REDONDO, LLC, a Delaware Limited Liability Company; MOGUL CAPITAL, LLC, a Utah Limited Liability Company;<br><br>    Defendants | Case No. 2:24-cv-01186-RGK-AJR<br><br>~~PROPOSED~~ **JUDGEMENT OF DISMISSAL (FRCP 68)**<br><br>**FOLLOWING ACCEPTANCE OF RULE 68 OFFER** |

///
///
///

1

Plaintiff James Alger ("Plaintiff") having heretofore accepted, pursuant to Fed. R. Civ. Proc. 68(a), Defendant's Amended Rule 68 Offer of Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED:**

The Court orders the Clerk of Court to enter judgment.

The case is dismissed with prejudice. All pending dates are vacated.

The Court retains jurisdiction to hear any fee/costs motion brought in accordance with the terms of the Rule 68 offer.

Date:  6/25/2024

*(signature: Gary Klausner)*

R. Gary Klausner
United States District Court Judge

Approved as to form:

DATED:  June 21, 2024    REIN & CLEFTON
ALLACCESS LAW GROUP

By:    /s/ Irakli Karbelashvili
IRAKLI KARBELASHVILI
Attorneys for Plaintiff JAMES ALGER

DATED:  June 14, 2024    STILLMAN & ASSOCIATES

By:    /s/ Philip H. Stillman
PHILIP H. STILLMAN
Attorneys for Defendants